# BLOCK, SEYMOUR, CHUDACOFF, SAMSON & LIEBZEIT, S.C.

### ATTORNEYS AT LAW
512 WEST COLLEGE AVENUE
P.O. BOX 845
APPLETON, WISCONSIN 54912-0845

L.H. CHUDACOFF (1932-1978)
JEROME H. BLOCK
JOEL A. SEYMOUR
BRUCE CHUDACOFF
HARVEY G. SAMSON
LARRY LIEBZEIT

PAMELA S. MCAVOY

TELEPHONE:
(920) 739-6307
(920) 731-9101
FAX:
(920) 739-3019
(920) 731-0007

January 10, 2005

Clerk of U.S. Bankruptcy Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE:     Reidt, Matthew and Wanda
        Case No. 02-28493 MDM   UC

Dear Clerk:

Enclosed please find a check for unclaimed funds. These funds were for Surplus to Debtor to Wanda Reidt, c/o Attorney Daniel J. Parks, P.O. Box 1424, Fond du Lac, WI 54936. The check was mailed out on 09/16/04 and was never cashed. Thank you for your cooperation.

Very truly yours,

Larry Liebzeit

LL/mjs
Enc.
CC: DANIEL PARKS