

RECEIVED
MAR 1 7 2005
U.S. TRUSTEE'S OFFICE
EASTERN DISTRICT OF WI

UNITED STATES
BANKRUPTCY COURT
FILED

2005 MAR 17 PM 2: 31

CLERK
MILWAUKEE, WISCONSIN

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE:<br>REIDT, MATTHEW J.<br>REIDT, WANDA J.<br><br><br>DEBTOR(S) | NO. 02-28493 MDM<br><br>CHAPTER 7 |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED, AND APPLICATION FOR DISCHARGE

I, LARRY LIEBZEIT, trustee of the estate of the above-named Debtor(s), certify to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain. Original bank statements and cancelled checks shall be retained by the Trustee for the 2 years specified in §322(d), or as otherwise required by the Internal Revenue Service, whichever period is longer.

Therefore, pursuant to FRBP 5009, the trustee requests that this final account and certification be accepted, and that the Court order the case closed and discharge the trustee of any further duties.

Date: ___3/15/05___                     _____
                                        LARRY LIEBZEIT, TRUSTEE

---

### REVIEW BY UNITED STATES TRUSTEE

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered, and Application for Discharge of the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

IRA BODENSTEIN
UNITED STATES TRUSTEE

Dated: ___3/17/05___

By: ___Dennis Kasten___

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 02-28493 MDM
**Case Name:** REIDT, MATTHEW J.
REIDT, WANDA J.

**Taxpayer ID #:** 13-7388920
**Period Ending:** 03/15/05

**Trustee:** LARRY LIEBZEIT (690190)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*\-\*\*\*\*06-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/03 | {11} | TABAK & TEPPER SC | PERSONAL INJURY SETTLEMENT | 1142-000 | 7,079.41 | | 7,079.41 |
| 11/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 0.70 | | 7,080.11 |
| 12/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 1.20 | | 7,081.31 |
| 01/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 1.20 | | 7,082.51 |
| 02/27/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 1.12 | | 7,083.63 |
| 03/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 1.10 | | 7,084.73 |
| 04/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.87 | | 7,085.60 |
| 05/28/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.90 | | 7,086.50 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.87 | | 7,087.37 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.90 | | 7,088.27 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 1.10 | | 7,089.37 |
| 09/16/04 | Int | JPMORGAN CHASE BANK | Current Interest Rate is 0.2000% | 1270-000 | 0.58 | | 7,089.95 |
| 09/16/04 | | To Account #\*\*\*\*\*\*\*0666 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 7,089.95 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 7,089.95 | 7,089.95 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,089.95 | |
| **Subtotal** | 7,089.95 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,089.95** | **$0.00** | |

{} Asset reference(s)

Printed: 03/15/2005 07:49 AM    V.7.03

# Form 2
# Cash Receipts And Disbursements Record

| Case Number: | 02-28493 MDM | Trustee: | LARRY LIEBZEIT (690190) |
| Case Name: | REIDT, MATTHEW J. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | REIDT, WANDA J. | Account: | ***-****06-66 - Checking Account |
| Taxpayer ID #: | 13-7388920 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 03/15/05 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/16/04 | | From Account #*******0665 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 7,089.95 | | 7,089.95 |
| 09/16/04 | 101 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $155.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 155.00 | 6,934.95 |
| 09/16/04 | 102 | LARRY LIEBZEIT | Dividend paid 100.00% on $533.68, Trustee Compensation; Reference: | 2100-000 | | 533.68 | 6,401.27 |
| 09/16/04 | 103 | LARRY LIEBZEIT | Dividend paid 100.00% on $27.49, Trustee Expenses;  Reference: | 2200-000 | | 27.49 | 6,373.78 |
| 09/16/04 | 104 | Professional Collectors | Dividend paid 100.00% on $97.40; Claim# 1; Filed: $97.40; Reference: | 7100-000 | | 97.40 | 6,276.38 |
| 09/16/04 | 105 | Citibank USA, NA | Dividend paid 100.00% on $1,056.65; Claim# 2; Filed: $1,056.65; Reference: | 7100-900 | | 1,056.65 | 5,219.73 |
| 09/16/04 | 106 | Back in Action | Dividend paid 100.00% on $135.14; Claim# 3; Filed: $135.14; Reference: | 7100-000 | | 135.14 | 5,084.59 |
| 09/16/04 | 107 | West Bend Surgery- | Dividend paid 100.00% on $77.00; Claim# 4; Filed: $77.00; Reference: | 7100-000 | | 77.00 | 5,007.59 |
| 09/16/04 | 108 | Citibank USA, NA | Dividend paid 100.00% on $49.12; Claim# 2l; Filed: $49.12; Reference: | 7990-000 | | 49.12 | 4,958.47 |
| 09/16/04 | 109 | Back in Action | Dividend paid 100.00% on $6.28; Claim# 3l; Filed: $6.28; Reference: | 7990-000 | | 6.28 | 4,952.19 |
| 09/16/04 | 110 | REIDT, WANDA  J. | Dividend paid 100.00% on $4,944.08; Claim# SURPLUS; Filed: $4,944.08; Reference: Stopped on 01/10/05 | 8200-000 | | 4,944.08 | 8.11 |
| 09/16/04 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 09/17/04 | 7990-000 | | 8.11 | 0.00 |
| | | | Subtotals : | | $7,089.95 | $7,089.95 | |

{} Asset reference(s)

Printed: 03/15/2005 07:49 AM     V.7.03

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 02-28493 MDM
Case Name: REIDT, MATTHEW J.
REIDT, WANDA J.
Taxpayer ID #: 13-7388920
Period Ending: 03/15/05

Trustee: LARRY LIEBZEIT (690190)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-****06-66 - Checking Account
Blanket Bond: $1,500,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/04 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 09/16/04 | 7990-000 | | -8.11 | 8.11 |
| 09/17/04 | 112 | Professional Collectors | Interest on claim no. 1 | 7990-000 | | 4.53 | 3.58 |
| 09/17/04 | 113 | West Bend Surgery- | Interest on claim no. 4 | 7990-000 | | 3.58 | 0.00 |
| 01/10/05 | 110 | REIDT, WANDA J. | Dividend paid 100.00% on $4,944.08; Claim# SURPLUS; Filed: $4,944.08; Reference: Stopped: check issued on 09/16/04 | 8200-000 | | -4,944.08 | 4,944.08 |
| 01/10/05 | 114 | CLERK OF BANKRUPTCY COURT | unclaimed funds surplus funds to debtor check to Wanda Reidt | 8200-002 | | 4,944.08 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ACCOUNT TOTALS | | 7,089.95 | 7,089.95 | $0.00 |
| | Less: Bank Transfers | | 7,089.95 | 0.00 | |
| | Subtotal | | 0.00 | 7,089.95 | |
| | Less: Payments to Debtors | | | 4,944.08 | |
| | NET Receipts / Disbursements | | $0.00 | $2,145.87 | |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-****06-65 | 7,089.95 | 0.00 | 0.00 |
| Checking # ***-****06-66 | 0.00 | 2,145.87 | 0.00 |
| | $7,089.95 | $2,145.87 | $0.00 |

Net Receipts : 7,089.95
Less Payments to Debtor : 4,944.08
Net Estate : $2,145.87

{} Asset reference(s)

Printed: 03/15/2005 07:49 AM     V.7.03